United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA NOBLES, | No. C 13-01911 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| L'OREAL USA, INC., ET AL., | |
| Defendant. | |

Now pending before the Court is plaintiff's class action against defendant L'oreal USA, Inc. A similar suit was previously filed against L'oreal in the Southern District of New York, *Leebove v. Maybelline*, SDNY No. 12-cv-7146. Pursuant to 28 U.S.C. section 1404(a) the Court finds that it may be in the interests of justice to transfer this action to the Southern District of New York. The parties are hereby ORDERED to show cause why the action should or should not be transferred to the Southern District of New York. The parties shall have 14 days from the issuance of this Order to file a response with the Court.

**IT IS SO ORDERED.**

Dated: August 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE