| | |
|---|---|
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br>Email: reggiet2@aol.com<br><br>Attorneys for Plaintiff<br>AYANNA NOBLES, on behalf of herself<br>and others similarly situated | C. Brandon Wisoff (SBN 121930)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: bwisoff@fbm.com<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7230<br>Email: jsjacobs@debevoise.com<br>Email: jfeigelson@debevoise.com<br><br>Frederick B. Warder, III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>   TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: fbwarder@pbwt.com<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and<br>MAYBELLINE, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AYANNA NOBLES, on behalf of herself<br>and others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>L'ORÉAL USA, INC., a Delaware<br>corporation; MAYBELLINE, LLC, a New<br>York limited liability company dba<br>MAYBELLINE, NEW YORK,<br><br>              Defendants. | Case No. 3:13-cv-01911-CRB<br>Hon. Charles R. Breyer<br><br>JOINT STIPULATION TO AMEND AND<br>TRANSFER, AND ORDER |

JOINT STIPULATION TO AMEND AND TRANSFER AND ORDER
Case No. 3:13-cv-0911-CRB

-1-

23719665v1

1  WHEREAS, Plaintiff Ayanna Nobles and Defendants L'Oréal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York (collectively "Defendants") are presently named parties in the above captioned litigation; and

WHEREAS, on August 22, 2013, the Court ordered the parties to show cause why this action and the related action *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, should or should not be transferred to the United States District Court for the Southern District of New York;

Now, therefore, Plaintiff Ayanna Nobles and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By September 16, 2013, Plaintiff and counsel for Liat Orshansky, plaintiff in the related action *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, will file an amended complaint in this action, adding Ms. Orshansky as a plaintiff and omitting the currently-pleaded claims respecting the mascara products, Maybelline's Volum'Express The Falsies and L'Oréal Paris' Voluminous False Fiber Lashes, thus pleading claims only with respect to SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss. Following that amendment, pursuant to 28 U.S.C. s. 1404(a), all parties consent to the transfer of this action to the United States District Court for the Southern District of New York, where an earlier-filed matter pertaining to the same products, *Leebove v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending, and to which this action should be considered related upon transfer to the Southern District of New York. Plaintiff agrees that she will not oppose the consolidation of this action with the *Leebove* action once this action is transferred.

2. By September 16, 2013, Plaintiff and counsel for Liat Orshansky, shall file an amended complaint in *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, adding Ms. Nobles as a plaintiff and omitting the currently-pleaded claims respecting Maybelline's SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss, and thus pleading claims only with respect to the mascara products described above. Defendants do not object to *Orshansky v. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342, as so amended, remaining venued in this District before this Court subject to the Court's discretion pursuant to 28 U.S.C. section 1404(a).

IT IS SO STIPULATED.

DATED: September 9, 2013.

THE TERRELL LAW GROUP

By: /s/ Reginald Von Terrell
     Reginald Von Terrell

Attorneys for Plaintiff LIAT ORSHANSKY

FARELLA BRAUN & MARTEL LLP

By: /s/ C. Brandon Wisoff
     C. Brandon Wisoff

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeffrey S. Jacobson
     Jeffrey S. Jacobson

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Frederick B. Warder, III
     Frederick B. Warder, III

Attorneys for Defendants L'OREAL USA, INC. and MAYBELLINE LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 9/10/2013

IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer

Hon. Charles R. Breyer
United States District Judge

JOINT STIPULATION TO AMEND AND TRANSFER AND ORDER
Case No. 3:13-cv-0911-CRB

-3-

23719665v1