| | |
|---|---|
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br>Email: reggiet2@aol.com<br><br>Attorneys for Plaintiff<br>AYANNA NOBLES, on behalf of herself<br>and others similarly situated<br><br><br>Peter Afrasiabi<br>ONE LLP<br>400 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Email: pafrasiabi@onellp.com<br><br>Attorneys for Plaintiff<br>LIAT ORSHANSKY, on behalf of herself<br>and others similarly situated | C. Brandon Wisoff (SBN 121930)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: bwisoff@fbm.com<br><br>Frederick B. Warder III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>  TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: fbwarder@pbwt.com<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7230<br>Email: jsjacobs@debevoise.com<br>Email: jfeigelson@debevoise.com<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and<br>MAYBELLINE, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AYANNA NOBLES and LIAT ORSHANSKY,<br>on behalf of themselves<br>and others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>L'ORÉAL USA, INC., a Delaware<br>corporation; MAYBELLINE, LLC, a New<br>York limited liability company dba<br>MAYBELLINE, NEW YORK,<br><br>              Defendants. | Case No. 3:13-cv-01911-CRB<br>*Related Case No.: 4:12-cv-06342-CRB*<br><br>JOINT STIPULATION TO TRANSFER<br>AND ORDER |

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

6414767v.1

1  WHEREAS, on September 10, 2013, the Court entered an order (the "Order") approving the
2  Parties' stipulation to amend the Complaint in this case in anticipation of transfer to the United
3  States District Court for the Southern District of New York, at which juncture all Parties intend to
4  seek consolidation of this action with an earlier-filed related action pending there captioned *Leebove*
5  *v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.) ; and

6  WHEREAS, on October 3, 2013, Plaintiffs filed the First Amended Complaint herein pursuant
7  to the Order; and

8  WHEREAS the Parties hereto respectfully submit that, pursuant to the Order and to 28 U.S.C.
9  § 1404(a) and the first to file doctrine, this action should now be transferred to the United States
10 District Court for the Southern District of New York in the interest of justice and on consent of all
11 parties.

12 Now, therefore, Plaintiffs and Defendants, by and through their respective counsel of record,
13 hereby stipulate as follows:

14 1.  Pursuant to 28 U.S.C. § 1404(a) and the first to file doctrine, all parties consent to the
15 transfer of this action to the United States District Court for the Southern District of New York,
16 where an earlier-filed and related action pertaining to the same cosmetic products at issue herein,
17 captioned *Leebove v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending.

18 IT IS SO STIPULATED.

DATED: October 4, 2013.        THE TERRELL LAW GROUP

                               By:  /s/ *Reginald Von Terrell*
                                    Reginald Von Terrell

                               Attorneys for Plaintiff AYANA NOBLES


                               ONE LLP

                               By:  /s/ *Peter Afrasiabi*
                                    Peter Afrasiabi

                               Attorneys for Plaintiff LIAT ORSHANSKY

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB
-2-

6414767v.1

|   |   |
|---|---|
| 1 | FARELLA BRAUN & MARTEL LLP |
| 2 | By:   /s/ *C. Brandon Wisoff* |
|   |       C. Brandon Wisoff |

FARELLA BRAUN & MARTEL LLP

By:   /s/ *C. Brandon Wisoff*
     C. Brandon Wisoff

Frederick B. Warder III (*admitted pro hac vice*)
PATTERSON BELKNAP WEBB &
  TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Jeremy Feigelson (*admitted pro hac vice*)
Jeffrey S. Jacobson (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendants L'ORÉAL USA, INC. and
  MAYBELLINE, LLC

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October 2013.

                                                            /s/ *C. Brandon Wisoff*
                                                            C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 8, 2013

Hon. Cha[rles R. Breyer]
United S[tates District Judge]

*IT IS SO ORDERED*
Judge Charles R. Breyer
[United States District Court, Northern District of California seal]

29152\3905554.1

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

-3-

6414767v.1