1   Reginald Von Terrell                          C. Brandon Wisoff (SBN 121930)
    THE TERRELL LAW GROUP                         FARELLA BRAUN & MARTEL LLP
2   Post Office Box 13315, PMB #148               235 Montgomery Street, 17th Floor
    Oakland, CA 94661                             San Francisco, CA 94104
3   Telephone: (510) 237-9700                     Telephone: (415) 954-4400
    Facsimile: (510) 237-4616                     Facsimile: (415) 954-4480
4   Email: reggiet2@aol.com                       Email: bwisoff@fbm.com

5   Attorneys for Plaintiff                       Frederick B. Warder III (*admitted pro hac vice*)
    AYANNA NOBLES, on behalf of herself           PATTERSON BELKNAP WEBB &
6   and others similarly situated                    TYLER LLP
                                                  1133 Avenue of the Americas
7                                                 New York, NY 10036
    Peter Afrasiabi                               Telephone: (212) 336-2000
8   ONE LLP                                       Facsimile: (212) 336-2222
    400 MacArthur Boulevard                       Email: fbwarder@pbwt.com
9   Newport Beach, CA  92660
    Telephone:  (949) 502-2870                    Jeremy Feigelson (*admitted pro hac vice*)
10  Email:  pafrasiabi@onellp.com                 Jeffrey S. Jacobson (*admitted pro hac vice*)
                                                  DEBEVOISE & PLIMPTON LLP
11  Attorneys for Plaintiff                       919 Third Avenue
    LIAT ORSHANSKY, on behalf of herself          New York, NY 10022
12  and others similarly situated                 Telephone: (212) 909-6000
                                                  Facsimile: (212) 521-7230
13                                                Email: jsjacobs@debevoise.com
                                                  Email: jfeigelson@debevoise.com
14
                                                  Attorneys for Defendants
15                                                L'ORÉAL USA, INC. and
                                                  MAYBELLINE, LLC
16

17                       UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION

19  AYANNA NOBLES and LIAT ORSHANSKY,        Case No. 3:13-cv-01911-CRB
20  on behalf of themselves                  *Related Case No.:  4:12-cv-06342-CRB*
    and others similarly situated,

21              Plaintiffs,                  JOINT STIPULATION TO TRANSFER
                                             AND ORDER
22        v.

23  L'ORÉAL USA, INC., a Delaware
    corporation; MAYBELLINE, LLC, a New
24  York limited liability company dba
    MAYBELLINE, NEW YORK,
25
                Defendants.
26

27

28

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

6414767v.1

1      WHEREAS, on September 10, 2013, the Court entered an order (the "Order") approving the

2  Parties' stipulation to amend the Complaint in this case in anticipation of transfer to the United

3  States District Court for the Southern District of New York, at which juncture all Parties intend to

4  seek consolidation of this action with an earlier-filed related action pending there captioned *Leebove*

5  *v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.) ; and

6      WHEREAS, on October 3, 2013, Plaintiffs filed the First Amended Complaint herein pursuant

7  to the Order; and

8      WHEREAS the Parties hereto respectfully submit that, pursuant to the Order and to 28 U.S.C.

9  § 1404(a) and the first to file doctrine, this action should now be transferred to the United States

10  District Court for the Southern District of New York in the interest of justice and on consent of all

11  parties.

12      Now, therefore, Plaintiffs and Defendants, by and through their respective counsel of record,

13  hereby stipulate as follows:

14      1.      Pursuant to 28 U.S.C. § 1404(a) and the first to file doctrine, all parties consent to the

15  transfer of this action to the United States District Court for the Southern District of New York,

16  where an earlier-filed and related action pertaining to the same cosmetic products at issue herein,

17  captioned *Leebove v. Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending.

18      IT IS SO STIPULATED.

19

20  DATED:  October 4, 2013.                    THE TERRELL LAW GROUP

21                                              By:   /s/ *Reginald Von Terrell*
                                                      Reginald Von Terrell

22                                              Attorneys for Plaintiff AYANA NOBLES

23

24                                              ONE LLP

25                                              By:   /s/ *Peter Afrasiabi*
                                                      Peter Afrasiabi

26                                              Attorneys for Plaintiff LIAT ORSHANSKY

27

28
JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB
                                                    -2-

6414767v.1

FARELLA BRAUN & MARTEL LLP

By:    /s/ *C. Brandon Wisoff*
          C. Brandon Wisoff

Frederick B. Warder III (*admitted pro hac vice*)
PATTERSON BELKNAP WEBB &
   TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Jeremy Feigelson (*admitted pro hac vice*)
Jeffrey S. Jacobson (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendants L'ORÉAL USA, INC. and
   MAYBELLINE, LLC

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this

Stipulation And Proposed Order.  In compliance with Civil L.R. 5-1, I hereby attest that the

concurrence in the filing of this document has been obtained from each of the signatories. I declare

under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct.

Executed this 4th day of October 2013.

          /s/ *C. Brandon Wisoff*
          C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   October 8, 2013

Hon. Cha...
United S...

IT IS SO ORDERED
Judge Charles R. Breyer

29152\3905554.1

JOINT STIPULATION TO TRANSFER AND [PROPOSED] ORDER
Case No. 3:13-cv-0911-CRB

-3-

6414767v.1